DATE: 1/12/2005   CASE NUMBER: 03-06106M-(NFF)

☐ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JAN 1 4 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA vs. CHRISTOPHER YOUNG

U.S. MAGISTRATE JUDGE: MAGISTRATE BERNARDO P. VELASCO   Judge #: 70BJ

U.S. Attorney  Reese Bostwick   INTERPRETER REQ'D  N/A

Attorney for Defendant  Richard C. Bock (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED  ☐ CUSTODY

☐ Complaint Filed  ☐ DOA _____   ☐ Warrant Other District   ☐ Financial Afdvt taken
☐ Warrant Phx Div.   ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

| DETENTION HEARING: ☒ Previously Held<br>Set for:<br>before: | PRELIMINARY HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| ARRAIGNMENT   Set for | before: |

OTHER:  THE MAGISTRATE CASE REFERRAL IS: JUDGE FIORA.  ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER:  03-06106M-(NFF)

THE COURT ORDERS THAT DEFENDANT MAY REMAIN OUT OF CUSTODY ON PREVIOUSLY ORDERED CONDITIONS OF RELEASE.

Copies to:   RECORDED: Cass. by Courtsmart
USA, CNSL, PSA

BY: Melodee Horton
Deputy Clerk

